O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ERIC WAYNE DAVIS, | ) | Case No. CV 11-9981-CBM (OP) |
| | ) | |
| Plaintiff, | ) ) ) | ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| v. | ) ) | |
| TERRI GONZALEZ, et al., | ) ) ) | |
| Defendants. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The Court accepts the findings, conclusions, and recommendations of the Magistrate Judge,

///

///

///

IT IS HEREBY ORDERED that: (1) accepting this Report and Recommendation; (2) granting Defendant's Motion to Dismiss the Complaint without leave to amend; and (3) directing the Judgment be entered dismissing the Complaint with prejudice.

DATED: February 12, 2014

_____
HONORABLE CONSUELO B. MARSHALL
Senior United States District Judge

Prepared by:

_____
HONORABLE OSWALD PARADA
United States Magistrate Judge