JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

ERIC WAYNE DAVIS,

Plaintiff,

vs.

TERRI GONZALEZ, et al.,

Defendants

Case No. CV11-9981-CBM (OP)

J U D G M E N T

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

/ / /

/ / /

/ / /

IT IS ADJUDGED that the Complaint is dismissed with prejudice.

DATED: February 12, 2014

HONORABLE CONSUELO B. MARSHALL
Senior United States District Judge

Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge